STATE of Missouri, ex rel. DEPART-
MENT OF SOCIAL SERVICES,
FAMILY SUPPORT DIVISION, Re-
spondent,

v.

De Andries CURTIS, Appellant,

and

Tiffany McConnell, Defendant.

No. ED 86499.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 15, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 16, 2006.

Jack F. Allen, St. Louis, MO, for appel-
lant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Jennifer J. Browning, Asst. Atty. Gen., St.
Louis, MO, for respondent.

Before GLENN A. NORTON, P.J.,
LAWRENCE E. MOONEY and
KENNETH M. ROMINES, JJ.

### ORDER

PER CURIAM.

The father, DeAndries Curtis, appeals
from the trial court's judgment modifying
Father's child-support obligation. We
have reviewed the parties' briefs and the
record on appeal. The judgment is sup-
ported by substantial evidence and is not
against the weight of the evidence. No
error of law appears. An extended opin-
ion reciting the detailed facts and restating
the principles of law would have no prece-
dential value. We have, however, provided
the parties with a memorandum, for their
information only, setting forth the reasons
for our decision.

The judgment is affirmed. Rule
84.16(b).